SUZANNE M. MORRIS, State Bar No. 239324
Morris & Giacinti LLP
899 Ellis Street
San Francisco, CA 94109
Telephone: 415/513-5605
Facsimile: 415/683-3176

Attorney for Defendant DONALD MILLS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. CR12-00664-YGR |
| ) | |
| Plaintiff, ) | **STIPULATION AND** |
| ) | **[PROPOSED] ORDER** |
| v. ) | **RESETTING STATUS** |
| ) | **HEARING** |
| DONALD MILLS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Defendant Donald Mills appeared before this Court on February 14, 2013 for status conference. At that time, the Court scheduled a further status hearing to occur on February 28, 2013. Since that time, the government has produced additional discovery and the parties have discussed possible resolution of this case.

Mr. Mills was admitted to the Intensive Care Unit at Alameda Hospital on Saturday, February 23, 2013. Though Mr. Mills had not previously been diagnosed with diabetes, doctors discovered at the time of his admission that his blood sugar was in excess of 700 and he was on the verge of falling into a diabetic coma. His pancreas has failed and doctors continue to attempt to stabilize him. At the time of preparing this stipulation, he remains in the ICU.

STIPULATION AND [PROPOSED] ORDER TO RESET FEBRUARY 28, 2012 STATUS HEARING
No. CR 12-00664-YGR

1  Given Mr. Mills' current health status, the parties jointly request that the hearing currently set for Thursday, February 28, 2013 be rescheduled for Thursday, March 21, 2013. In the interim, Mr. Mills' health permitting, the parties will continue to attempt to resolve this case.

Due to Mr. Mills current unavailability resulting from his health status and for effective preparation of counsel, the parties jointly request that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161 to March 21, 2013.

IT IS SO ORDERED.

SO STIPULATED:

Date:  2/25/13           /s/ Suzanne M. Morris
                                           Suzanne M. Morris
                                           Counsel for Donald Mills

Date: 2/25/13            /s/ W.S. Wilson Leung
                                           W.S. Wilson Leung
                                           Assistant United States Attorney

IT IS SO ORDERED:
Date: February 27, 2013          HON. YVONNE GONZALEZ ROGERS
                                                    United States District Court Judge