SUZANNE M. MORRIS (CABN 239324)
Law Office of Suzanne Morris
201 Spear Street, Suite 1100
San Francisco, California 94105
Tel: (415) 513-5605
Fax: (415) 848-9130
Email: suzanne@suzannemorrislaw.com

Attorney for DONALD MILLS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DONALD MILLS,<br><br>    Defendant. | No. CR 12-00664-002 YGR<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SENTENCE REDUCTION UNDER U.S.S.G. § 1B1.1(b) AND AMENDMENT 782** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties acting through their respective counsel, that:

1. Defendant is making an unopposed motion for modification of his sentence pursuant to 18 U.S.C. § 3582(c)(2).

2. Defendant's original guideline calculation was as follows:

    Total offense level: 27

    Criminal history category: III

    Guideline Range: 87 to108 months

    Mandatory minimum: Five years

3. Defendant was sentenced to 97 months imprisonment on September 19, 2013.

4. According to Bureau of Prisons, his current projected release date is July 13, 2019.

5. Effective November 1, 2014, this Court may order a modification in defendant's sentence pursuant to 18 U.S.C. § 3582(c), USSG § 1B1.10(b)(1), and Amendment 782, to the United States Sentencing Guidelines Manual.

6. Defendant's revised guideline calculation is as follows:

Total Offense Level: 26

Criminal History Category: III

Guideline Range: 78 to 97 months

Mandatory Minimum: Five years

7. The parties have no reason to dispute the Sentence Reduction Investigation Report submitted to the Court by the Probation Office.

8. Based upon the foregoing, the parties hereby stipulate that the Court may enter an order **reducing Defendant's total term of custody to 87 months,** effective November 1, 2015.

9. The parties further stipulate that all other aspects of the original judgment order including the length of term of supervised release, all conditions of supervision, fines, restitution, and special assessment remain as previously imposed.

10. Defendant stipulates that he waives and does not request a hearing in this matter pursuant to Fed. R. Crim. P. 43, 18 U.S.C. § 3582(c)(2), and *United States v. Booker,* 543 U.S. 220 (2005).

11. Defendant waives his right to appeal the district court's sentence.

12. Accordingly, the parties agree that an amended judgment in accordance with this stipulation may be entered by the Court in pursuant to 18 U.S.C. § 3582(c) and USSG §1B1.10(b)(1), Amendment 782 of the Sentencing Guidelines Manual. A Sentencing Reduction Investigation Report and a proposed amended judgment will be submitted to the Court.

IT IS SO STIPULATED.

DATED: 8/30/16   /s/ J. Douglas Wilson
BRIAN STRETCH
United States Attorney
J. DOUGLAS WILSON
Assistant United States Attorney
Northern District of California


DATED: 8/30/16   /s/ Suzanne M. Morris
SUZANNE M. MORRIS
Counsel for Donald Mills

IT IS SO ORDERED.

DATED: September 27, 2016

YVONNE GONZALEZ ROGERS
United States District Judge